IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENJAMIN LITMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **THE SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA, PHILADELPHIA** | : | |
| **FEDERATION OF TEACHERS, TONY B.** | : | |
| **WATLINGTON, SR., KARYN LYNCH,** | : | |
| **LETICIA EGEA-HINTON, ARLENE** | : | |
| **KEMPIN, BURNETT COKE, LIZETTE** | : | |
| **EGEA-HINTON, ERICKA WASHINGTON,** | : | |
| **DEBORAH MOORE, JUSTIN THOMAS,** | : | |
| **COLLEEN LANDY-THOMAS, COLLEEN** | : | |
| **MCINTYRE OSBORNE, MICHELLE** | : | |
| **CHAPMAN, KRISTEN JUNOD, JEREMY** | : | |
| **GRANT-SKINNER, DR. KAREN KOLSKY,** | : | |
| **SHEILA WALLIN and JAY MUCHEMI** | : | **NO. 24-278** |

## ORDER

**NOW,** this 10th day of July, 2024, upon consideration of Defendants Dr. Karen Kolsky's and Sheila Wallin's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 21), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE** as to Dr. Karen Kolsky and Sheila Wallin.

_____
TIMOTHY J. SAVAGE, J.